## CHARLES METCALFE *v.* J. S. CLARK.

Where an insolvent had neglected to make one of his creditors a party to the insolvent proceedings
and being himself syndic, had, in violation of the Act of 1837, suffered nine years to elapse with-
out filing a tableau of distribution, it was *held*, he was not in a condition to compel such creditor
to become a party to his stale proceedings in surrender, but that the creditor might wholly disre-
gard them.

APPEAL from the Third District Court of New Orleans, *Kennedy*, J.
*A. A. Frazier*, for plaintiff. *Frank Haynes*, for defendant and appellant.

MERRICK, C. J. This suit is brought under the Act of 1853, to revive a
judgment rendered in December, 1844. In September, 1845, the defendant
made a voluntary surrender of his effects to his creditors, and placed the plain-
tiff on his bilan as a creditor for the amount of the judgment, but no citation
was ever served upon the plaintiff, nor was he in any manner made a party to
the proceedings.

The present suit was commenced in December, 1854. The defence to the
action is, that there has as yet been no tableau of distribution filed, and under
the authority of the cases of *Taylor* v. *Hollander*, 4 N. S. 535, and *Conery* v.
*Heno et al.*, 9 An. 587, this case ought to be cumulated with the insolvent pro-
ceedings.

The decree of the lower court revived the judgment of 1844, but condemned
the plaintiff to pay the costs. The defendant appealed; the plaintiff acquies-
cing in the decree of the lower court.

It has been held by this court, that where a creditor was not made a party
to the insolvent proceedings in a resonable time, he was not bound by the ta-
bleau of distribution and might disregard the same, and proceed upon his origi-
nal demand. 3 N. S. 262; 6 L. R. 578; 18 L. R. 462.

Here the defendant, who was the syndic, having in the first instance ne-
glected to cause the plaintiff to be made a party to the insolvent proceedings,
and moreover having suffered nine years to elapse without filing a tableau of
distribution in violation of the Act of 1837, is not in a condition to compel the
plaintiff to become a party to his stale proceedings in surrender. *Leges vigi-
lantibus non dormientibus subserviunt.*

Judgment affirmed.